**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-02732-CMA-BNB

LAURA PARIS,

    Plaintiff,

v.

BAC HOME LOANS SERVICING, LP,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

    Pursuant to and in accordance with F.R.Civ.P. 41 and Plaintiff's Unopposed Motion To Dismiss (Doc. # 23), it is

    ORDERED that the above-captioned case is hereby DISMISSED WITH PREJUDICE, each party to pay her or its own attorney fees and costs.

    DATED:  May __17__, 2011

                                             BY THE COURT:

                                             _____
                                             CHRISTINE M. ARGUELLO
                                             United States District Court Judge